IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM R. CARMICHAEL,  )<br>          Petitioner,  )<br>                        )<br>     v.                        )   Civil Action No. 06-1571<br>                        )<br>U.S. PAROLE COMMISSION, et al.,  )<br>          Respondents.  ) | |

## O R D E R

AND NOW, this 26th day of March, 2007, after a petition for a writ of habeas corpus was filed by the petitioner, William R. Carmichael, and after the Report and Recommendation of the United States Magistrate Judge was issued, and the petitioner was granted thirteen days after being served with a copy to file written objections thereto, and no objections having been filed, and after independent review of the petition and the record, and upon consideration of the Report and Recommendation of the Magistrate Judge, which is adopted and incorporated as the opinion of this Court,

IT IS ORDERED that the petition of William R. Carmichael for a writ of habeas corpus is denied for lack of a valid constitutional claim.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the F.R.App.P., if the petitioner desires to appeal from this Order, he must do so within thirty (30) days by filing a notice of appeal as provided by Rule 3 F.R.App.P.

BY THE COURT:

s/ Terrence F. McVerry
United States District Judge

cc: William R. Carmichael
    130336
    Allegheny County Jail
    950 Second Avenue
    Pittsburgh, PA 15219

    All Counsel of Record

    Honorable Robert C. Mitchell
    United States Magistrate Judge